

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00005-CR

WILLIAM THOMAS LEONARD                                      APPELLANT

V.

THE STATE OF TEXAS                                             STATE

------------

## FROM THE 371ST DISTRICT COURT OF TARRANT COUNTY

------------

## ORDER

------------

Relator William Thomas Leonard's February 11, 2013 response to our jurisdictional inquiry includes an express request that the court construe his appeal as a petition for writ of mandamus, and the court hereby GRANTS that request. Although this proceeding was originally filed in this court as an appeal and assigned criminal docket number 02-13-00005-CR, this proceeding shall now proceed under civil docket number 02-13-00081-CV. Appeal number 02-13-00005-CR is ordered closed, and the notice of appeal from the above trial court cause number shall proceed under appeal number 02-13-00081-CV. The style of this case shall be "In re William Thomas Leonard." All papers that have been

filed in the closed appeal number shall be considered filed in appeal number 02-13-00081-CV.

As to the merits of Relator's request for mandamus relief, the court is of the tentative opinion that a serious question concerning the relief requires further consideration in that the trial court may not have had jurisdiction to extend the term of relator's community supervision. *See* Tex. R. App. P. 52.8(b). Accordingly, it is ordered that:

1. The State shall file a response with the court by **5:00 p.m. on Monday, March 18, 2013**.

2. Any reply shall be filed by **5:00 p.m. on Monday, March 25, 2013**. However, the court may consider and decide the case before a reply is filed. Tex. R. App. P. 52.5.

The clerk of this court is directed to transmit a copy of this order to the attorneys of record, the State, the trial court judge, and the trial court clerk.

DATED March 7, 2013.

PER CURIAM

PANEL: GARDNER, WALKER, and MCCOY, JJ.

2